JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/18/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>      Plaintiff,<br><br>      v.<br><br>CHRISTINE S KIM, et al.<br><br>      Defendants. | Case No. ED CV 18-1338 FMO (PLAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motions, filed on July 8, 2019, and the Court's Order Re: Motion for Relief, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendants Christine S Kim and Cbosh Corporation shall be jointly and severally liable to plaintiff Samuel Love for the total amount of $9,438.75, which consists of: (1) statutory damages in the amount of $4,000; (2) attorney's fees in the amount of $4,578.75; and (3) costs in the amount of $860.

Dated this 18th day of October, 2019.

                                                /s/
                                    Fernando M. Olguin
                                  United States District Judge